## EX PARTE MONT BRIDGES.

No. 17233. Delivered October 17, 1934.
Rehearing Denied October 31, 1934.
Reported in 75 S. W. (2d) 272.

The opinion states the case.

*T. L. Price,* of Post, and *Bledsoe, Crenshaw & Dupree,* of Lubbock, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—This is an appeal from the order of the district court of Garza County denying bail for the murder of Bertha Gordon.

The questions dealt with in this appeal are supported by the identical evidence as in the case of Ex parte Mont Bridges, No. 17,234*, in which this court has this day declined to interfere with the order of the district judge denying bail.

In the present appeal the same order is made.

*Affirmed.*

### ON MOTION FOR REHEARING.

LATTIMORE, JUDGE.—This is a companion case to Ex parte Mont Bridges, *No. 17234. For the reasons set out in our opinion overruling the motion for rehearing in the latter case, which opinion is handed down today, the motion for rehearing in this case will also be overruled.

*Overruled.*

(Page 221 of this volume.)